IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 1:04cr19LG-JMR

CORNELL LAMAR ABRAM

### ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE

BEFORE THE COURT is the Government's Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35(b) filed November 14, 2006, in the above captioned cause.  Based on the Government's recommendation and representation concerning the substantial assistance rendered by the above-captioned individual, the Court finds that the Government's Motion for Reduction of Sentence is well taken and should be granted.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Government's Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35 (b) filed November 14, 2006, [26-1] should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the sentence of imprisonment of **CORNELL LAMAR ABRAM** in Criminal No. 1:04cr19LG-JMR should be and is hereby reduced to 150 months in the custody of the Bureau of Prisons.

**IT IS FURTHER ORDERED AND ADJUDGED** that in all other aspects, the sentence remains the same.

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE